FILED ____ LODGED
RECEIVED ____ COPY

JAN 19 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

                    Plaintiff,                    Mag. No. 21-03440-TUC-JR

          vs.

                                                  ORDER FOR RELEASE OF
                                                  MATERIAL WITNESS
Jose Ivan Garcia,

                    Defendant.

Over the objection for the defendant, but for good cause shown,

IT IS ORDERED directing the United States Marshal to release the material witness, Juan Martinez-Perez, in this action, to the Department of Homeland Security for return to his country of origin.

Dated this ___19th___ day of ___January___, 2022.

_____
United States Magistrate Judge

USM   Copies Distributed